# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2548
LT Case No. 2017-CF-003138-A

_____

IVAN ENRIQUE FIGUEROA-
SERRANO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Lake County.
G. Richard Singeltary, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

Ivan Enrique Figueroa-Serrano, Milton, pro se.

Ashley Moody, Attorney General, Tallahassee and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

February 13, 2024


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____